IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01817-KLM

MARY JANE COX,

    Plaintiff,

v.

DEX MEDIA, INC.,

    Defendant,

---

## JUDGMENT

---

Pursuant to the Order #[45] entered by Magistrate Judge Kristen L. Mix on March 26, 2021, which order is incorporated by reference, it is

ORDERED that Plaintiff's Motion to Confirm Arbitration Award [34] is GRANTED. It is

FURTHER ORDERED that Defendant's Motion to Vacate [36] is **DENIED**. It is

FURTHER ORDERED that judgment shall enter in favor of Plaintiff Mary Jane Cox and against Defendant Dex Media, Inc. It is

FURTHER ORDERED that the Clerk of Court shall close this case after entering judgment.

    DATED at Denver, Colorado March 26, 2021.

                                                  FOR THE COURT:

                                                  Jeffrey P. Colwell, Clerk

By s/ L. Galera
   Laura Galera
   Deputy Clerk